| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Seibel, Cathy | 2. Court or Organization U.S. District Court --S.D.N.Y. | 3. Date of Report 04/30/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge -- active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

Charles L. Brieant U.S. Courthouse
300 Quarropas St., Rm. 633
White Plains, NY 10601

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | board member | Fordham Law Alumni Association |
| 2. | Adjunct Professor of Law (part-time trial practice instructor) | Columbia University School of Law |
| 3. | board member | ▅▅▅▅▅▅▅▅▅ |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | $10,000 compensation for instructing Trial Practice course at Columbia University School of Law January - April 2019 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 04/30/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Columbia University -- payment for teaching | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | New York University -- salary as faculty member and physician |
| 2. 2/22/18 | Columbia University -- payment for speaking |
| 3. 3/4/18 | Johns Hopkins University Press -- book royalties |
| 4. 4/25/18 | Beacon press -- book royalties |
| 5. 10/27/18 | Beacon press -- book royalties |
| 6. | |
| 7. | |
| 8. | |
| 9. | |
| 10. | |
| 11. | |
| 12. | |
| 13. | |
| 14. | |
| 15. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 04/30/2019 |

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Bar Council | 10/19/18 - 10/20/18 | Westbrook, CT | Fall Bench & Bar Retreat (CLE) | hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federico E. Virella, Jr. | Mets baseball tickets (3) | $639.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Amreican Century Heritage Fund (formerly Vista Fund) | E | Distribution | M | T | | | | | |
| 2. Sterling Nat. Bk. Insured Money Maker Account (formerly Astoria Fed.) | A | Interest | M | T | | | | | |
| 3. Sterling Nat. Bk. Insured Money Maker Account (formerly Astoria Fed.) | A | Interest | L | T | | | | | |
| 4. Sterling Nat. Bk. account (checking) (formerly Astoria Fed.) | A | Interest | J | T | | | | | |
| 5. AT&T common stock | A | Dividend | J | T | | | | | |
| 6. AT&T common stock | A | Dividend | J | T | | | | | |
| 7. AMG Brandywine Fund | | None | L | T | | | | | |
| 8. Comcast common stock | A | Dividend | J | T | | | | | |
| 9. Comcast common stock | A | Dividend | J | T | | | | | |
| 10. Prudential (formerly Dryden) Global Total Return Fund | A | Dividend | J | T | | | | | |
| 11. Dreyfus NY Tax-Exempt Bond Fund | A | Dividend | K | T | | | | | |
| 12. Enbridge Energy Partners LP common stock | A | Dividend | J | T | | | | | |
| 13. Fidelity Magellan Fund (IRA) | D | Distribution | L | T | | | | | |
| 14. Fidelity Capital Appreciation Fund (IRA) | C | Distribution | K | T | | | | | |
| 15. Fidelity NY Muni Income Fund | A | Dividend | L | T | | | | | |
| 16. Janus Fund | E | Distribution | M | T | | | | | |
| 17. John Hancock Patriot Premium Div Fund I common stock | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Fidelity Government Money Market Account | C | Interest | J | T | | | | | |
| 19. Fidelity Money Market Premium Class Account | A | Interest | N | T | Open | 12/18/18 | N | | |
| 20. Victory RS Growth Fund | E | Distribution | L | T | | | | | |
| 21. TIAA/CREF T-C Lifecycle 2025 Inst Fund (formerly Rtrmt. Fund) | B | Dividend | K | T | | | | | |
| 22. TIAA/CREF Lifecycle Index 2025 Prem. Fund | A | Dividend | K | T | | | | | |
| 23. TIAA/CREF stock fund (retirement annuity) | | None | N | T | | | | | |
| 24. TIAA/CREF global equity fund (retirement annuity) | | None | L | T | | | | | |
| 25. T. Row Price Blue Chip Growth Fund IRA | B | Dividend | K | T | | | | | |
| 26. T. Rowe Price Blue Chip Growth Fund IRA | B | Dividend | K | T | | | | | |
| 27. T. Rowe Price Gov't Money Fund (formerly Prime Reserve Fund) | C | Dividend | N | T | | | | | |
| 28. Fidelity Government Money Market Account | C | Interest | J | T | | | | | |
| 29. Fidelity Money Market Premium Class Account | A | Interest | N | T | Open | 12/18/18 | N | | |
| 30. T. Rowe Price Gov't Money Fund (formerly Prime Reserve Fund) | C | Dividend | M | T | | | | | |
| 31. Vanguard 500 Index Fund (retirement annuity) | D | Dividend | | | Sold | 07/31/18 | O | | |
| 32. Vanguard International Growth Fund (retirement annuity) | A | Dividend | | | Sold | 07/31/18 | M | | |
| 33. Vanguard Long-Term Treasury Inv. Fund (retirement annuity) | A | Dividend | | | Sold | 04/19/18 | K | | |
| 34. Vanguard Long Term Treasury Fund Admiral (retirement annuity) | A | Dividend | K | T | Buy | 04/19/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibel, Cathy | 04/30/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Long-Term Bond Index Fund (retirement annuity) | A | Dividend | | | Sold | 04/19/18 | K | | |
| 36. Vanguard Long-Term Bond Index Fund Institutional (retirement annuity) | B | Dividend | K | T | Buy | 04/19/18 | K | | |
| 37. Vanguard Infl'n-Prot'd Sec Ins (formerly Sec A) (retirement annuity) | B | Dividend | L | T | | | | | |
| 38. Vanguard US Growth Adm (retirement annuity) | C | Distribution | K | T | | | | | |
| 39. Vanguard Inst Tg Rtm 25 Inst (formerly Target 2025 Inv (ret. ann.) | C | Dividend | M | T | | | | | |
| 40. Vanguard Int Term Inv Gd Adm (retirement annuity) | B | Dividend | L | T | | | | | |
| 41. Vanguard High Yield Corp Adm (retirement annuity) | B | Dividend | K | T | | | | | |
| 42. Virtus Global Div. Income Fund (formerlyZweig Total Return) | B | Dividend | J | T | | | | | |
| 43. Fidelity Money Market Premium Class account IRA | A | Interest | O | T | Open | 12/18/18 | O | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Seibel, Cathy | 04/30/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Exchange of Vanguard Long-Term Treasury Fund Investor retirement annuity for Vanguard Long-Term Treasury Fund Admiral retirement annuity, and exchange of Vanguard Long-Term Bond Index Fund retirement annuity for Vanguard Long-Term Bond Index Fund Institutional retirement annuity, were Plan-Sponsor Requested Transfers initiated by my ▮▮▮▮▮▮ employer.

Proceeds of sale of Vanguard 500 Index Fund reitrement annuity and Vanguard International Growth Fund retirement annuity were rolled over into Fidelity Money Market Premium Class account IRA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cathy Seibel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544